UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

------------------------------------------------------------------X          Chapter 11

IN RE:

                                                                                                                             CASE NO.: 8-20-71624

CORNELL ST HEMPSTEAD LLC

Debtor.

------------------------------------------------------------------X

      I, Yonel Devico, being of lawful age and being first duly sworn on oath, states and deposes as follows:

      1.     I am over 18 years of age and I have personal knowledge of the facts in this Affidavit. I am a Member of the Debtor Cornell St Hempstead LLC. As such, I am authorized to make this Affidavit.

      2.     The purpose of this affidavit is in order to comply with E.D.N.Y. Local Rule 1007-4.

      3.     The Debtor is a small business debtor within the meaning of Bankruptcy Code § 101(51D). *See* E.D.N.Y. Local Rule 1007-4(a)(i).

      4.     The Debtor is not a single asset real estate debtor within the meaning of Bankruptcy Code § 101(51B). *See* E.D.N.Y. Local Rule 1007-4(a)(ii)

      5.     The nature of Debtor's business is the management of the property known as 157 Cornell St, Hempstead, New York 11550 (the "Property"). *See* E.D.N.Y. Local Rule 1007-4(a)(iii). This bankruptcy was filed to reorganize the debt purportedly secured against the Property. *See id*.

      6.     The sole member of the Debtor is Yonel Devico with an address of 1688 Meridian Avenue, 6th Floor, Miami Beach, Florida 33139. *See* E.D.N.Y. Local Rule 1007-4(a)(v).

7. The only unsecured claim is disputed, partially secured and allegedly held by Deutsche Bank Nation Trust Company, As Trustee for Long Beach Mortgage Loan Trust 2005-3 ("DBNTC"). *See* E.D.N.Y. Local Rule 1007-4(a)(vi). The total amount of this unsecured claim is unknown at this time because it is contingent on the value of the Property as determined by this Court. DBNTC's contact information is 1761 E St Andrew Santa Ana, California 92705.

8. The only secured claim is disputed, partially unsecured and allegedly held by Deutsche Bank Nation Trust Company, As Trustee for Long Beach Mortgage Loan Trust 2005-3 ("DBNTC"). *See* E.D.N.Y. Local Rule 1007-4(a)(vii). DBNTC's contact information is 1761 E St Andrew Santa Ana, California 92705. The value of the Property is approximately $120,000.00.

9. The Debtor's sole asset is the Property. *See* E.D.N.Y. Local Rule 1007-4(a)(viii). The Debtor's sole liability is the disputed claim arising from the mortgage allegedly held by DBNTC. This claim is purportedly in the amount of $424,140.96.

10. The sole insurance policy held by the Debtor concerns the Property. *See* E.D.N.Y. Local Rule 1007-4(a)(xviii). The insurer is Lloyds of London. The policy period is from March 20, 2020 to March 20, 2021.

11. The debtor is working to establish a debtor in possession bank account. *See* E.D.N.Y. Local Rule 1007-4(a)(xix)

Dated: 4/17/2020

                         **CORNELL ST HEMPSTEAD LLC**

                         By: *Yonel Devico*
                         Name: Yonel Devico
                         Title: Member

STATE OF FLORIDA          )
                                   ) ss.

COUNTY OF MIAMI DADE            )

On _____ , 2020, before me, _____, a Notary Public in and for said County and State, personally appeared _____, who is personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

My Commission Expires:                                    _____

                                                               Notary Public

    [NOTARY SEAL]