UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION
-------------------------------------------------------------------X
IN RE:                                                                                    Chapter 11

CORNELL ST HEMPSTEAD LLC                                   Case No.: 8-20-71624-AST

                                                                                          **AMENDED NOTICE OF MOTION**

                            Debtor,
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE:** that upon the Affirmation of Seth D. Weinberg, Esq. an attorney associated with the firm of Hasbani & Light, P.C., attorneys for Cornell St Hempstead LLC ("Movant"), the debtor, dated April 21, 2020, a motion will be made before the Honorable Alan S. Trust on the 20th Day of May 2020 at 11:00 AM (the "Hearing Date"), at the Eastern District Bankruptcy Court located at The United States Bankruptcy Court for The Eastern District of New York – Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, of that day or as soon thereafter as counsel can be heard for entry of an Order valuing the collateral known as 157 Cornell St, Hempstead, New York 11550 pursuant to U.S. Bankruptcy Code § 506(a) and for an order appointing Hasbani & Light, P.C. as counsel for the Debtor.

      **PLEASE TAKE FURTHER NOTICE:** that objections, if any, to the relief requested shall be in writing, shall state with particularity the grounds for the objection, shall be filed with the Clerk of the Bankruptcy Court and served upon the undersigned counsel seven days prior to the Hearing Date.

Dated: New York, New York
       April 22, 2020                                    **HASBANI & LIGHT, P.C.**

                                                    By:   */s/ Seth D. Weinberg*
                                                            Seth D. Weinberg
                                                            450 Seventh Avenue, Suite 1408
                                                            New York, New York 10123

        Telephone: (212) 643-6677
        Email: sweinberg@hasbanilight.com
        *Counsel for Debtor Cornell St Hempstead LLC*

To: **VIA CM/ECF**
U.S. Department of Justice
Office of the U.S. Trustee
Christine H. Black - Assistant U.S. Trustee
560 Federal Plaza, Rm 560
Central Islip, New York 11722

Lamonica Herbst & Maniscalco, LLP
Salvatore LaMonica – Subchapter V Trustee
3305 Jerusalem Avenue, Ste 201
Wantagh, New York 11793

**VIA U.S. MAIL**
Deutsche Bank Nation Trust Company, As Trustee for Long Beach Mortgage Loan Trust 2005-3
1761 E St Andrew
Santa Ana, California 92705