# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CORNELL ST HEMPSTEAD LLC | Case No. 8-20-71624-AST |
| Debtor. | |

### ORDER GRANTING DEBTOR'S MOTION SETTING THE VALUE OF THE COLLATERAL KNOWN AS 157 CORNELL ST HEMPSTEAD, NEW YORK 11550 <u>PURSUANT TO U.S. BANKRUPTCY CODE § 506(a)</u>

Upon consideration of the motion (the "Motion") of the above captioned debtor and debtor-in-possession (the "Debtor") for the entry of an order setting the value of the collateral known as 157 Cornell St Hempstead, New York 11550 (the "Property") pursuant to U.S. Bankruptcy Code § 506(a) and Bankruptcy Rule 3012 (ECF Dkt. No. 18) filed on April 21, 2020, the submission of no opposition to the Motion, and the hearing conducted by this Court on May 20, 2020, it appears after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein;

2. Pursuant to U.S. Bankruptcy Code § 506(a)(1) and Bankruptcy Rule 3012, the property known as 157 Cornell St Hempstead, New York 11550 is valued at $120,000.00.



**Dated: May 27, 2020**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**