UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 |
| CORNELL ST HEMPSTEAD LLC, | Case No. 8-20-71624-AST |
| Debtor, | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK   )

I, Seth D. Weinberg, Esq., declare under penalty of perjury that I am over the age of 18 and a non-party to this action. On July 22, 2020, I served copies of the *Motion for Authority to Obtain Credit Under Section 364 and Proposed Plan* upon the following parties:

**VIA EMAIL TO TED.MAY@MAYLAWFIRM.COM**
Sheldon May & Associates, P.C.
Ted E. May, Esq.
255 Merrick Road
Rockville Center, New York 11570
*Counsel for Deutsche Bank National Trust Company, As Trustee for Long Beach Mortgage Loan Trust 2005-3 in State Foreclosure Action*

**VIA EMAIL TO DIANE.RAGOSA@PIBLAW.COM**
Parker Ibrahim & Berg LLP
Diane Ragosa, Esq.
5 Penn Plaza, Suite 2371
New York, New York 10001
*Prior Counsel for Deutsche Bank National Trust Company, As Trustee for Long Beach Mortgage Loan Trust 2005-3 in in State Foreclosure Action*

**VIA EMAIL TO MBATISTA@MCCARTER.COM**
McCarter & English LLP
Moira Batista, Esq.
One Canterbury Green
201 Broad Street
Stamford, Connecticut 06901
*Prior Counsel for Deutsche Bank National Trust Company, As Trustee for Long Beach Mortgage Loan Trust 2005-3 in in State Foreclosure Action*

Dated: New York, New York
       July 22, 2020

                                    BY:    */s/ Seth D. Weinberg*
                                                 Seth D. Weinberg, Esq.